# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER 24-2036 TLP-cgc |
|---|---|
| DEFENDANTS  $2,029,765.39 in Solidif vAccount<br>$2,979.690.04 in Solidif vAccount | TYPE OF PROCESS  Civil Forfeiture Documents |

**SERVE AT**

Name Of Individual, Company, Corporation, etc. to Serve or Description of Property to Seize

**BYTECHIP**

Address (Street or RFD / Apt. # / City, State, and Zip Code)
20 Barneson Avenue, Unit D, San Mateo, California, 94402

Send NOTICE OF SERVICE copy to Requester:

Reid Manning
167 N. Main St. Suite 800
Memphis, TN 38103

| | |
|---|---|
| Number Of Process To Be Served In This Case. | |
| Number Of Parties To Be Served In This Case. | |
| Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

*****PLEASE RETURN A COPY OF THIS FORM TO THE AUSA LISTED WITH THE DISPOSAL DATA (DATE, AMOUNT ETC.). ***

Signature of Attorney or other Originator requesting service on behalf of

S/ Reid Manning

[ X ] Plaintiff
[ ] Defendant

Telephone No.  901-544-4231

Date  2/15/2024

SIGNATURE OF PERSON ACCEPTING PROCESS:

Date

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|
| | | | | |

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above:

[ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)

Date of Service

Time of Service  [ ] AM  [ ] PM

Signature, Title and Treasury Agency

REMARKS:

TD F 90-22.48 (6/96)

*Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY. Retain Copy #5 for your file.*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| United States of America <br><br> *Plaintiff(s)* <br> v. <br><br> $2,029,765.39 in Solidif vAccount <br> in the name of Gatcha Pictures LLC <br> $2,979.690.04 in Solidif vAccount <br> in the name of Bytechip LLC <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 24-2036-TLP-cgc |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BYTECHIP
20 Barneson Avenue, Unit D, San Mateo, California, 94402


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Reid Manning
167 N. Main St. Suite 800
Memphis. TN 38103
901-544-4231


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/15/2024

s/ Anthony Johnson
*Signature of C*

After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



ORIGIN ID:NQAA    (901) 233-7174           SHIP DATE: 15FEB24
LAQUITA JONES                              ACTWGT: 1.00 LB
TOMMYE SEPULVEDA                           CAD: 113035729/INET4535
167 N. MAIN ST., STE. 800

MEMPHIS, TN 38103                          BILL SENDER
UNITED STATES US
TO  BYTECHIP
    BYTECHIP
    20 BARNESON AVENUE, UNIT D

    SAN MATEO CA 94402
(000) 000-0000              REF:
INV:
PO:                         DEPT:

FRI - 16 FEB 10:30A
PRIORITY OVERNIGHT

94402
CA-US SFO

TRK# 7752 0126 7509
0201

XW BWCA

**Jones, Laquita (USATNW) [Contractor]**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Friday, February 16, 2024 12:28 PM |
| **To:** | Jones, Laquita (USATNW) [Contractor] |
| **Subject:** | [EXTERNAL] FedEx Shipment 775201267509: Your package has been delivered |
| **Attachments:** | DeliveryPicture.jpeg |



# Hi. Your package was delivered Fri, 02/16/2024 at 10:20am.



Delivered to 20 BARNESON AVE D, SAN MATEO, CA 94402

**OBTAIN PROOF OF DELIVERY**

1



Delivery picture not showing? View in browser.

## How was your delivery ?

    

| | |
|---|---|
| **TRACKING NUMBER** | 775201267509 |
| **FROM** | Tommye Sepulveda |
| | 167 N. Main St., Ste. 800 |
| | MEMPHIS, TN, US, 38103 |
| **TO** | BYTECHIP |
| | BYTECHIP |
| | 20 Barneson Avenue, Unit D |
| | SAN MATEO, CA, US, 94402 |
| **SHIP DATE** | Thu 2/15/2024 03:48 PM |
| **DELIVERED TO** | Residence |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | MEMPHIS, TN, US, 38103 |
| **DESTINATION** | SAN MATEO, CA, US, 94402 |
| **SPECIAL HANDLING** | Deliver Weekday |
| | Residential Delivery |
| **NUMBER OF PIECES** | 1 |

2

| | |
|---|---|
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Priority Overnight® |



# FedEx Delivery Manager® puts you in control

Enroll for free and get more visibility and control for your deliveries from start to finish. And if you need to make a return, our network of 10,000+ locations makes drop off easy.

**ENROLL NOW**

**FOLLOW FEDEX**



Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:28 PM CST 02/16/2024.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2024 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.