**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| **United States of America,**       ) | |
|          ) | |
|     **Plaintiff,**     ) | |
|          ) | |
| **v.**       ) | **Civil No. 2:24-cv-02036-TLP-cgc** |

United States of America,     )

    Plaintiff,    )

v.    )    Civil No. 2:24-cv-02036-TLP-cgc

All funds deposited, credited, or held up
to $2,029,765.39 in Solidif vAccount
#9540002258156272 in the name of Gatcha
Pictures LLC, beneficial owner Xuan Du; and    )

All funds deposited, credited, or held up
to $2,979,690.04 in Solidif vAccount
#9540002258311162 in the name of
Bytechip LLC, beneficial owner Yujun Wu,    )

    Defendants.    )

**VERIFIED CLAIM**

**COMES NOW** Bytechip, LLC, ("Claimant") by and through its counsel, and files this Claim as to All funds deposited, credited, or held up to $2,979,690.04 in Solidif vAccount #9540002258311162 ("1162 account") in the name of Bytechip LLC, beneficial owner Yujun Wu ("1162 funds"), and as to $1,357,271.7 in Solidif vAccount #9540002258156272 in the name of Gatcha Pictures LLC, beneficial owner Xuan Du ("partial 6272 funds"), totaling $4,336,961.74, in accordance with the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions C(6) and G(5). Claimant demands restitution of the 1162 funds and partial 6272 funds and the right to defend this action. Claimant would show as follows:

1

1.      On January 22, 2024, Plaintiff filed a Complaint for Forfeiture *In Rem*. ("the Complaint") *See* [ECF No. 1].

2.      In the Complaint, Plaintiff alleges that the 1162 funds were derived from fraudulent activity and that the account itself was used for purposes of money laundering. *Id*. at PageID 11–14.

3.      Claimant asserts that it is a registered dealer in foreign exchange, money transmitter, and seller of prepaid access, with an MSB Registration Number of 31000230976654. *See* Exhibit A, "MSB Registration Status Information".

4.      Claimant asserts that it claims the 1162 funds and partial 6272 funds that were seized by Plaintiff and that said funds were in the possession of Claimant for the purpose of carrying out its business.

5.      Upon information and belief, the partial 6272 funds were in Claimant's 1162 account when Claimant lost access to the 1162 account.

6.      Claimant asserts that it has filed suit in California against Solid Financial Technologies and Evolve Bank & Trust. In the California suit, Claimant denies knowledge of the alleged "unsatisfactory banking practices" and seeks recovery of $4,336,961.74, consisting of the 1162 funds and partial 6272 funds at issue here. This Complaint is attached as Exhibit B.

7.      As discussed in greater detail in Exhibit B, Claimant asserts that, as part of carrying out its business, it received customer funds in the 1162 account in U.S. Dollars. Per a customer's request, Claimant would then send the equivalent of said funds in a currency of that customer's needs to a third party designated by the customer through other pay-out channels.

8.      Claimant asserts that it has both statutory standing as well as standing under Article III of the Constitution. The seizure of the 1162 funds and partial 6272 funds is a distinct and

palpable injury to Bytechip not only because it is no longer able to operate its business due to its

funds being seized, but also because it is an innocent owner of said funds.

## VERIFICATION

I declare under penalty of perjury under the laws of the United States of America, as provided by 28 U.S.C. § 1746, that the foregoing is true and correct.


Yujun Wu
CEO
Bytechip LLC
No.1 Tiyuchangxi Road, Pujiang, Zhejiang, China 322299
Executed on: April 11, 2024

Respectfully submitted,

LEWIS THOMASON, P.C.


*/s/ Christopher B. Sullivan*
Christopher B. Sullivan (TN 20301)
T. Andrew Todd (TN 39590)
40 South Main Street, Suite 2900
Memphis, Tennessee 38103
(901) 525-8721

csullivan@lewisthomason.com
atodd@lewisthomason.com


**Certificate of Service**

The undersigned certifies that a copy of the foregoing has been served upon all counsel of record via this Court's ECF system and sent by U.S. Mail, postage prepaid to Reid Manning, Assistant United States Attorney, 167 N. Main St., 8th Floor, Memphis, TN 38103, this 12th day of April, 2024

/s/ *Christopher B. Sullivan*
Christopher B. Sullivan