### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| **United States of America,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Civil No. 2:24-cv-02036-TLP-cgc |
| ) | |
| **All funds deposited, credited, or held up** ) | |
| **to $2,029,765.39 in Solidif vAccount** ) | |
| **#9540002258156272 in the name of Gatcha** ) | |
| **Pictures LLC, beneficial owner Xuan Du; and** ) | |
| ) | |
| **All funds deposited, credited, or held up** ) | |
| **to $2,979,690.04 in Solidif vAccount** ) | |
| **#9540002258311162 in the name of** ) | |
| **Bytechip LLC, beneficial owner Yujun Wu,** ) | |
| ) | |
|     **Defendants.** ) | |

### NOTICE OF APPEARANCE

Notice is hereby given of the appearance of T. Andrew Todd of the law firm of Lewis Thomason, P.C. as counsel for Defendant, Bytechip LLC, in the above-styled case. The clerk is requested to direct all mailings in this case to T. Andrew Todd.

    Respectfully submitted,

    **LEWIS THOMASON, P.C.**

    */s/ T. Andrew Todd*
    Christopher B. Sullivan (TN 20301)
    T. Andrew Todd (TN 39590)
    40 S. Main Street, Suite 2900
    Memphis, Tennessee 38103
    (901) 525-8721
    csullivan@lewisthomason.com
    atodd@lewisthomason.com

## Certificate of Service

    The undersigned certifies that a copy of the foregoing has been served upon all counsel of record via this Court's ECF system and sent by U.S. Mail, postage prepaid, to Reid Manning, Assistant United States Attorney, 167 N. Main St. 8th Floor, Memphis, TN 38103, this 1st day of May, 2024.

                                                       */s/ T. Andrew Todd*
                                                       T. Andrew Todd