IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

United States of America,

    Plaintiff,                                                        Civil No. 24-02036-TLP

v.

All funds deposited, credited, or held up to
$2,029,765.39 in Solidfi vAccount
#9540002258156272 in the name of Gatcha
Pictures LLC, beneficial owner Xuan Du; et al,

    Defendants.

## STIPULATED SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and claimant Bytechip LLC and its CEO Yujun Wu to compromise and settle their claims under the following terms:

1.     The parties agree that the defendant property shall be divided as follows:

    a.     Two million four hundred thirty six thousand nine hundred sixty one dollars and seventy four cents ($2,436,961.74), previously held in Solidfi vAccount #9540002258311162 in the name of Bytechip LLC, shall be remitted to the attorneys for claimant Bytechip LLC for return to the claimant:

    b.     One million nine hundred thousand dollars ($1,900,000.00) shall be forfeited to the United States to be disposed of in accordance with law as follows:

        i.     One million three hundred fifty seven thousand two hundred seventy one dollars and seventy cents ($1,357,271.70) previously held in Solidfi vAccount #9540002258156272 in the name of Gatcha Pictures LLC.

    ii. Five hundred forty two thousand seven hundred twenty eight dollars and thirty cents ($542,728.30) previously held in Solidfi vAccount #9540002258311162 in the name of Bytechip LLC.

2. Bytechip LLC, including its employees, agents, servants, administrators, officers, directors, representatives, members, owners, shareholders, and assigns, waives ownership and relinquishes all rights, if any, as to the remaining funds in the amount of $672,493.69 previously held in Solidfi vAccount #9540002258156272 in the name of Gatcha Pictures, LLC.

3. The claimant admits no liability in connection with the seizure of the defendant property, which is the subject of the above-styled case and there has been no finding or determination of liability.

4. The claimant agrees to release and hold harmless the United States of America, its agents and employees, from any claims that may arise from the seizure of the defendant property and its partial release to claimant under the terms of this agreement, including, but not limited to, claims for interest, attorney's fees or court costs.

5. The parties understand that the Treasury Offset Program (TOP) is a statutory government collection program, which offsets any federal disbursement due to an individual who owes an undischarged debt to the United States, and could apply to any disbursement to the claimant under this agreement. *See,* 31 U.S.C. §§ 3711(a) and 3716(a). By acknowledging as much, however, the claimant does not waive any legal challenge it may have to the applicability of TOP to any disbursement made pursuant to this agreement.

6. This action shall be dismissed with prejudice, and each party shall bear its own attorney's fees and costs.

DATED: 7/31/24

Respectfully submitted,

KEVIN G. RITZ
United States Attorney

BY:   /s/ Reid Manning   8/1/24
REID MANNING
Assistant United States Attorney
Attorney for Plaintiff

/s/ Chris Sullivan (permission)
CHRIS SULLIVAN
ANDREW TODD
Lewis Thomason P.C.
40 South Main, 29th Floor
Memphis, TN 38103
Attorneys for Claimant Bytechip LLC

_____
Yujun Wu
CEO and authorized agent, for claimant Bytechip LLC