IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

United States of America,

    Plaintiff,

v.                                                                                    Civil No. 2:24-cv-2036-TLP-cgc

All funds deposited, credited, or held up
to $2,029,765.39 in Solidfi vAccount
#9540002258156272 in the name of Gatcha
Pictures LLC, beneficial owner Xuan Du; et al,

    Defendants.

## PARTIAL JUDGMENT

The Summons and Complaint in this action having been served on the defendant and all known claimants; and the time for all said claimants to appear and defend herein having expired; and no one having appeared, answered, or otherwise defended; and the plaintiff having duly filed its Request to Enter Partial Default; and Partial Default was entered by the clerk on August 15, 2024; and the plaintiff having filed an affidavit of the amount due the plaintiff in this action, it appears that the plaintiff is entitled to have a partial judgment against the defendant entered as prayed for in its Complaint.

Now, on motion of the United States Attorney, it is:

ADJUDGED and ORDERED that a partial judgment is entered in favor of the United States of America, and that the defendant, Six Hundred Seventy-Two Thousand Four Hundred Ninety-Three Dollars, Sixty-Nine Cents ($672,493.69) in U.S. Funds in Solidfi vAccount

#9540002258156272 in the name of Gatcha Pictures LLC, beneficial owner Xuan Du, be forfeited to the United States of America, to be disposed of in accordance with law.

                                               WENDY R. OLIVER  
                                               United States District Court Clerk

                                               <u>s/Anthony Johnson</u>  
August 23, 2024                                    Deputy Clerk