# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALL FUNDS UP TO $2,979,690.04 IN )<br>SOLIDFI VACCOUNT IN THE NAME OF )<br>BYTECHIP LLC, BENEFICIAL OWNER )<br>YUJUN WU, et al., )<br>)<br>Defendants. ) | No. 2:24-cv-02036-TLP-cgc |

## JUDGMENT

**JUDGMENT BY THE COURT**. This action came before the Court on Plaintiff's Complaint of Forfeiture, filed on January 22, 2024. (ECF No. 1.) The defendant property shall be divided consistent with the Clerk's Partial Judgment (ECF No. 24) and the terms of the Consent Order (ECF No. 23).

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**. Each party shall bear their own attorney's fees and costs.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

August 29, 2024
Date

1